# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Sheehan,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Romulus Incorporated,<br><br>　　　　　　　Defendant. | **NO. CV-14-00464-PHX-SMM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 31, 2015, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing and this action is hereby terminated with prejudice.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 31, 2015

　　　　　　　　　　　　　　　　　s/ L. Figueroa
　　　　　　　　　　　　　　By　　Deputy Clerk