Clifford P. Bendau, II (State Bar #030204)
THE BENDAU LAW FIRM PLLC
6350 East Thomas Road, Suite 330
Scottsdale, Arizona 85251
Telephone: (480) 296-7887
Facsimile: (480) 429-3679
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Sheehan,<br><br>                Plaintiff,<br><br>vs.<br><br>Romulus, Inc.,<br><br>                Defendant. | No. CV-14-00464-PHX-SMM<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

Notice is hereby given that Crystal Sheehan, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 31st Day of March, 2015. Plaintiff additionally submits the attached Representation Statement required by Ninth Circuit Rule 3-2(b).

## REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Crystal Sheehan. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Crystal Sheehan | Clifford P. Bendau (State Bar #030204)<br>THE BENDAU LAW FIRM PLLC<br>6350 E. Thomas Rd., Ste. 330<br>Scottsdale, AZ 85251<br>Telephone: (480) 296-7887<br>Facsimile: (480) 429-3679<br>Email: cliffordbendau@bendaulaw.com |
| Defendant-Appellee Romulus, Inc. | David A. Selden (State Bar #007499)<br>Julie A. Pace (State Bar #014584)<br>Heidi Nunn-Gilman (State Bar #023971)<br>THE CAVANAGH LAW FIRM PA<br>1850 N. Central Ave., Ste. 2400<br>Phoenix, AZ 85004-4527<br>Telephone: (602) 322-4101<br>Email: dselden@cavanaghlaw.com<br>Email: jpace@cavanaghlaw.com<br>Email: hnunngilman@cavanhaghlaw.com |

RESPECTFULLY SUBMITTED this 20th Day of April, 2015.

**THE BENDAU LAW FIRM PLLC**

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
THE BENDAU LAW FIRM PLLC
6350 East Thomas Road, Suite 330
Scottsdale, Arizona 85251
Telephone: (480) 296-7887
Facsimile: (480) 429-3679
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

2

**Certificate of Service**

I certify that on this 20th Day of April, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David A. Selden
Julie A. Pace
Heidi Nunn-Gilman
THE CAVANAGH LAW FIRM PA
1850 N. Central Ave., Ste. 2400
Phoenix, AZ 85004-4527
*Attorneys for Defendant*

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

3