IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Sheehan,<br>        Plaintiff,<br>v.<br>Romulus Incorporated,<br>        Defendant. | No. CV-14-00464-PHX-SMM<br>**ORDER** |

      Before the Court is Plaintiff Crystal Sheehan and Defendant Romulus Incorporated's Stipulation for Dismissal with Prejudice. (Doc. 42.) The parties "stipulate and agree that this case should be dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees." (Id. at 1.)

      Outside of the Fair Labor Standards Act ("FLSA") context, the Court normally does not rule on a private settlement agreement negotiated between the parties. However, because there are FLSA claims asserted against Defendants, the parties must seek approval of their settlement agreement to ensure its enforceability. The Court may approve the settlement if it is a fair and reasonable compromise of the issues. Therefore, the parties must submit a joint motion to approve settlement agreement and attach a copy of the settlement agreement on or before Friday, May 31, 2019.

      Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall submit a joint motion to approve settlement agreement and attach a copy of the settlement agreement on or before **Friday,**

**May 31, 2019.** The joint motion must demonstrate that the settlement is a fair and reasonable compromise of the issues.

Dated this 1st day of May, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge