# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ms. Crystal Sheehan, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Romulus, Inc. d/b/a IHOP,<br><br>　　　　　　　　　Defendant. | No. 2:14-CV-00464-SMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Upon the Stipulation of the parties, and for good cause appearing,

　　IT IS HEREBY ORDERED that the above-entitled cause is hereby dismissed, with prejudice, with all parties bearing their own costs and attorneys' fees.

　　DATED this _____ day of _____, 2019.

**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

8964465_1